AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Massachusetts____ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 7/9/2010 | U.S. DISTRICT COURT Massachusetts |
|---|---|---|
| PLAINTIFF<br>Siemens Healthcare Diagnostics Inc. | | DEFENDANT<br>Enzo Life Sciences, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,124,246 | 6/23/1992 | Siemens Healthcare Diagnostics Inc. |
| 2 | App. No. 08/47995 | 6/7/1995 | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

On 8/14/2013, the Court issued an order of remand to the Board of Patent Appeals and Interferences for further proceedings.

| CLERK<br>Robert M. Farrell | (BY) DEPUTY CLERK<br>/s/ Pietro Cicolini | DATE<br>8/14/2013 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy